THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* PASQUALE CAMELLERA, Appellant.

(Argued March 24, 1930; decided April 8, 1930.)

*Anthony J. Contiguglia* and *Sanford T. Church* for appellant.

*James J. Hosmer, District Attorney* (*Albert H. Clark* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.